21 A.3d 676

James D. SCHNELLER, Appellant

v.

Carol AICHELE, Acting Secretary of State of the Commonwealth of Pennsylvania, and in her Official Capacity, and William H. Ryan, Jr., Acting Attorney General of the Commonwealth of Pennsylvania, and in his Official Capacity, Appellees.

Supreme Court of Pennsylvania.

May 26, 2011.

## ORDER

PER CURIAM.

AND NOW, this 26th day of May, 2011, the order of the Commonwealth Court is AFFIRMED.